JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jan Edwards et al<br><br>Plaintiff,<br><br>v.<br><br>United Van Lines et al<br><br>Defendants. | Case No. CV 15-02291-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **21 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 27, 2016

                                        HONORABLE ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE